IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAY AUBREY ISAAC HOLLIS<br>    Individually and as Trustee of the<br>    JAY AUBREY ISAAC HOLLIS<br>    REVOCABLE LIVING TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>LORETTA LYNCH., Attorney General of<br>    the United States; THOMAS E. BRANDON,<br>    Acting Director of the Bureau of Alcohol<br>    Tobacco Firearm and Explosives,<br><br>    Defendants. | Case No.3:14-cv-03872-M |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Jay Aubrey Isaac Hollis, Individually and as Trustee of the Jay Aubrey Isaac Hollis Revocable Living Trust, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Memorandum Opinion and Order and Judgement entered on August 7, 2015  [ECF Nos. 45 & 47]

Respectfully submitted,

This, the __18th_ day of August, 2015.

_/s/ Stephen D. Stamboulieh___
STEPHEN D. STAMBOULIEH
ATTORNEY FOR PLAINTIFF

**Of Counsel:**

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784

Alan Alexander Beck
Law Office of Alan Beck
4780 Governor Drive
San Diego, CA  92122
(619) 971-0414
alan.alexander.beck@gmail.com
CA Bar No. 276646
Admitted Pro Hac Vice

Elisha M. Hollis
Attorney At Law
P.O. Box 1535
Greenville, TX  75403
Tel:    (903) 450-2473
Fax:   (903) 200-1290
elishahollis@gmail.com
TX Bar No. 24083189

**CERTIFICATE OF SERVICE**

I, Stephen D. Stamboulieh, hereby certify that I electronically submitted the foregoing document with the clerk of the court for the United States District Court, Northern District of Texas, Dallas Division, utilizing the electronic case filing system of the court, which sent a copy of the filing to all counsel of record.

                                        **/s/ _Stephen D. Stamboulieh**
                                        Stephen D. Stamboulieh
                                        Stamboulieh Law, PLLC
                                        P.O. Box 4008
                                        Madison, MS  39130
                                        (601) 852-3440
                                        stephen@sdslaw.us
                                        MS Bar No. 102784