# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 30, 2015

Mr. Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123

Mr. Stephen Dean Stamboulieh
Stambouliah Law, P.L.L.C.
P.O. Box 4008
Madison, MS 39130

    No. 15-10803   Jay Isaac Hollis v. Loretta Lynch, et al
                         USDC No. 3:14-CV-3872

Dear Mr. Beck, Mr. Stambouliah,

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Renee S. McDonough, Deputy Clerk
                504-310-7673

cc:
    Mr. Patrick George Nemeroff
    Mr. Daniel M. Riess