# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 30, 2015

Mr. Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123

Mr. Stephen Dean Stamboulieh
Stamboulieh Law, P.L.L.C.
P.O. Box 4008
Madison, MS 39130

    No. 15-10803    Jay Isaac Hollis v. Loretta Lynch, et al
                         USDC No. 3:14-CV-3872

Dear Mr. Beck, Mr. Stamboulieh,

You must submit the four (4) paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents. See 5TH Cir. R.30.1.7(c).

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Renee S. McDonough, Deputy Clerk
                                504-310-7673

cc:
    Mr. Patrick George Nemeroff
    Mr. Daniel M. Riess