# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 04, 2015

Mr. Herbert W. Titus
370 Maple Avenue, W.
Suite 4
Vienna, VA 22180-5615

   No. 15-10803   Jay Isaac Hollis v. Loretta Lynch, et al
                     USDC No. 3:14-CV-3872

Dear Mr. Titus,

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

**You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
   Mr. Alan Alexander Beck
   Mr. Patrick George Nemeroff
   Mr. Daniel M. Riess
   Mr. Stephen Dean Stamboulieh