# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 04, 2015

Mr. George M. Lee
Seiler Epstein Ziegler & Applegate, L.L.P.
601 Montgomery Street
Suite 2000
San Francisco, CA 94111

No. 15-10803   Jay Isaac Hollis v. Loretta Lynch, et al
               USDC No. 3:14-CV-3872

Dear Mr. Lee,

We have received your amicus brief submitted for filing in paper. We will take no action on this document and it will be recycled. 5TH CIR. R. 25.2 requires all attorneys to file electronically. You must file your document via the ECF system and then provide paper copies only upon the Clerk's request.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
  Mr. Alan Alexander Beck
  Mr. Patrick George Nemeroff
  Mr. Daniel M. Riess
  Mr. Stephen Dean Stamboulieh
  Mr. Herbert W. Titus