# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| JAY AUBREY ISAAC HOLLIS, | )<br>)<br>) |
| Plaintiff - Appellant, | )<br>) |
| v. | )<br>)<br>) No. 15-10803 |
| LORETTA E. LYNCH, Attorney General of the United States, et al., | )<br>)<br>) |
| Defendants - Appellees. | )<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR A 45-DAY EXTENSION OF TIME
## TO FILE THE BRIEF FOR APPELLEES

Pursuant to Fifth Circuit Rule 31.4, appellees hereby respectfully move for a 45-day extension of time, to and including January 13, 2016, within which to file the brief for appellees in this case. The reasons for this motion are explained in the accompanying declaration of counsel.

Respectfully submitted,

MICHAEL S. RRAB
(202) 514-4053

 s/ *Patrick G. Nemeroff*
PATRICK G. NEMEROFF
(202) 305-8727

Attorneys, Appellate Staff

Civil Division
Department of Justice
950 Pennsylvania Ave., N.W. Room 7217
Washington, D.C. 20530-0001

November 4, 2015

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 s/ *Patrick G. Nemeroff*
PATRICK G. NEMEROFF

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| JAY AUBREY ISAAC HOLLIS, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General of the United States, et al., <br><br> Defendants - Appellees. | No. 15-10803 |

## DECLARATION OF COUNSEL IN SUPPORT OF
## UNOPPOSED MOTION FOR 45-DAY EXTENSION OF TIME
## IN WHICH TO FILE THE BRIEF FOR APPELLEES

I, Patrick Nemeroff, hereby state as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before the Fifth Circuit Court of Appeals. I am an attorney United States Department of Justice, Civil Division, Appellate Staff, in Washington, D.C., and am counsel of record for Appellee in this case. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. Pursuant to Fifth Circuit Rule 31.3, the appellees' brief is currently due on November 30, 2015. Appellees have not previously sought an extension of their

briefing time.  With the requested 45-day extension, the brief would be due on January 13, 2016.

    3.  The requested extension is necessary in light of the press of other litigation matters.  I am the attorney primarily responsible for handling this appellate matter.   In addition to my work on this case, I have primary responsibility for filing a court-ordered supplemental brief due November 6, 2015 in *Lorillard, Inc. v. FDA*, No. 14-5226 (D.C. Cir.) (on extension), and a response to a motion for summary reversal due November 12, 2015 in *Baker v. Lynch*, No. 13-56454 (9th Cir.) (on extension).  I also am scheduled to present oral argument on November 17, 2015 in *Suarez v. Holder*, Nos. 15-1975, 15-1976 (3d Cir.).  In addition, a number of relevant government officials are expected to be out of the office during part of the briefing period due to the upcoming holidays.

    4.  I have contacted Stephen Stamboulieh, counsel of record for appellant, who has authorized us to state that appellant consents to this motion.

    5.  For the foregoing reasons, the requested 45-day extension is necessary to ensure an adequate opportunity to prepare appellees' brief in this case.  I have exercised, and will continue to exercise, diligence regarding this appeal and will file the brief by the requested due date.

I declare under penalty of perjury that the foregoing is true and correct.

           s/ *Patrick G. Nemeroff*
PATRICK G. NEMEROFF
(202) 305-8727
Attorney, Appellate Staff
Civil Division

Executed on November 4, 2015