IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-10803
_____

JAY AUBREY ISAAC HOLLIS, Individually and as Trustee of the Jay Aubrey Isaac Hollis Revocable Living Trust,

    Plaintiff - Appellant

v.

LORETTA E. LYNCH, Attorney General of the United States; THOMAS E. BRANDON, Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas
_____

O R D E R:

IT IS ORDERED that the unopposed motion of Firearms Policy Coalition, Incorporated, Firearms Policy Foundation, Incorporated, Colorado Second Amendment Association, Lone Star Gun Rights, Madison Society, Incorporated, and Mississippi Carry, Incorporated, to file their amicus curiae brief out of time is GRANTED.

    /s/ James E. Graves, Jr.
    _____
    JAMES E. GRAVES, JR.
    UNITED STATES CIRCUIT JUDGE