# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 11, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-10803   Jay Isaac Hollis v. Loretta Lynch, et al
                 USDC No. 3:14-CV-3872

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

Mr. Alan Alexander Beck
Mr. George M. Lee
Mr. Patrick George Nemeroff
Mr. Daniel M. Riess
Mr. Stephen Dean Stamboulieh
Mr. Herbert W. Titus