# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 11, 2015

Mr. George M. Lee
Seiler Epstein Ziegler & Applegate, L.L.P.
601 Montgomery Street
Suite 2000
San Francisco, CA 94111

   No. 15-10803   Jay Isaac Hollis v. Loretta Lynch, et al
                     USDC No. 3:14-CV-3872

Dear Mr. Lee,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Your proof of service must include the names of the persons served; the mail or electronic addresses, facsimile numbers, or physical delivery addresses, as appropriate for the method of service; and the date and manner of service.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

Once you have prepared your sufficient brief, you must email it to: renee_mcdonough@ca5.uscourts.gov for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

Sincerely,

                    LYLE W. CAYCE, Clerk
                    
                    By: _____
                    Renee S. McDonough, Deputy Clerk
                    504-310-7673

cc:
    Mr. Alan Alexander Beck
    Mr. Patrick George Nemeroff
    Mr. Daniel M. Riess
    Mr. Stephen Dean Stamboulieh
    Mr. Herbert W. Titus