# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 12, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-10803   Jay Isaac Hollis v. Loretta Lynch, et al
                  USDC No. 3:14-CV-3872

The court has granted an unopposed extension of time to and including December 15, 2015 Only for filing appellees' brief in this case.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____
                                 Mary C. Stewart, Deputy Clerk
                                 504-310-7694

Mr. Alan Alexander Beck
Mr. George M. Lee
Mr. Patrick George Nemeroff
Mr. Daniel M. Riess
Mr. Stephen Dean Stamboulieh
Mr. Herbert W. Titus