# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 17, 2015

Mr. George M. Lee
Seiler Epstein Ziegler & Applegate, L.L.P.
601 Montgomery Street
Suite 2000
San Francisco, CA 94111

   No. 15-10803   Jay Isaac Hollis v. Loretta Lynch, et al
                     USDC No. 3:14-CV-3872

Dear Mr. Lee,

Your electronically filed document has been reviewed and is sufficient.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

                   Sincerely,

                   LYLE W. CAYCE, Clerk

                   By: _____
                   Renee S. McDonough, Deputy Clerk
                   504-310-7673

cc:
   Mr. Alan Alexander Beck
   Mr. Patrick George Nemeroff
   Mr. Daniel M. Riess
   Mr. Stephen Dean Stamboulieh
   Mr. Herbert W. Titus