# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 15, 2015

Mr. Patrick George Nemeroff  
U.S. Department of Justice  
Civil Division, Appellate Section  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530

   No. 15-10803   Jay Isaac Hollis v. Loretta Lynch, et al  
                  USDC No. 3:14-CV-3872

Dear Mr. Nemeroff,

The following pertains to your brief electronically filed on **December 15, 2015.**

We filed your brief. However, you must make the following corrections by **December 21, 2015.**

**You need to correct:**

1) Caption on the brief does not agree with the caption of the case in compliance with FED R. APP. P. 32(a)(2)(C).
   **(See Caption Below)**

**\*\*NOTE\*\***Once you have prepared your sufficient brief, you must email it to: Nancy_Dolly@ca5.uscourts.gov for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

Opposing counsel's briefing time continues to run.

Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Nancy F. Dolly, Deputy Clerk
                    504-310-7683

cc:
    Mr. Alan Alexander Beck
    Mr. George M. Lee
    Mr. Daniel M. Riess
    Mr. Stephen Dean Stamboulieh
    Mr. Herbert W. Titus

JAY AUBREY ISAAC HOLLIS, Individually and as Trustee of the Jay Aubrey Isaac Hollis Revocable Living Trust,

    Plaintiff - Appellant

v.

LORETTA E. LYNCH, Attorney General of the United States; THOMAS E. BRANDON, Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,

    Defendants - Appellees