# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 16, 2015

Mr. Patrick George Nemeroff
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

  No. 15-10803  Jay Isaac Hollis v. Loretta Lynch, et al
          USDC No. 3:14-CV-3872

Dear Mr. Nemeroff,

Your electronically filed Appellees Brief has been reviewed and is now deemed sufficient.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

         Sincerely,

         LYLE W. CAYCE, Clerk

         By: _____
         Nancy F. Dolly, Deputy Clerk
         504-310-7683

cc:
  Mr. Alan Alexander Beck
  Mr. George M. Lee
  Mr. Daniel M. Riess
  Mr. Stephen Dean Stamboulieh
  Mr. Herbert W. Titus