# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 29, 2015

Mr. Stephen Dean Stamboulieh
Stamboulieh Law, P.L.L.C.
P.O. Box 4008
Madison, MS 39130

    No. 15-10803   Jay Isaac Hollis v. Loretta Lynch, et al
                         USDC No. 3:14-CV-3872

Dear Mr. Stamboulieh,

The following pertains to your brief electronically filed on December 28, 2015.

You must submit the seven (7) paper copies of your brief required by 5ᵀᴴ Cɪʀ. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5ᵀᴴ Cɪʀ. R. 42.3.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Nancy F. Dolly, Deputy Clerk
                                        504-310-7683

cc:
    Mr. Alan Alexander Beck
    Mr. George M. Lee
    Mr. Patrick George Nemeroff
    Mr. Daniel M. Riess
    Mr. Herbert W. Titus