# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———

JAY AUBREY ISAAC HOLLIS, Individually and as Trustee of the Jay Aubrey Isaac Hollis Revocable Living Trust,

*Plaintiff - Appellant,*

v.

LORETTA E. LYNCH, Attorney General of the United States; Thomas E. BRANDON, Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives,

*Defendants – Appellees.*

———

*On appeal from the United States District Court for the Northern District of Texas, Dallas Division, USDC No. 3:14-CV-3872*
*The Honorable Judge Barbara M.G. Lynn*

———

# REPLY TO APPELLEES' RESPONSE TO APPELLANT'S MOTION FOR JUDICIAL NOTICE

———

| | |
|---|---|
| ALAN ALEXANDER BECK | STEPHEN D. STAMBOULIEH |
| LAW OFFICE OF ALAN BECK | STAMBOULIEH LAW, PLLC |
| 4780 Governor Drive | P.O. Box 4008 |
| San Diego, CA 92122 | Madison, MS 39130 |
| (619) 905-9105 | (601) 852-3440 |

**COMES NOW**, Appellant, Jay Aubrey Isaac Hollis, Individually and as Trustee of the Jay Aubrey Isaac Hollis Revocable Living Trust ("Hollis"), and for his Reply to Appellees' Response his Motion for Judicial Notice, states as follows:

Appellees frame their response to this new evidence of an approved Form 1 as perhaps "mistakenly approved." See Response p. 2. However, the Form 1 attached to the Motion for Judicial Notice is still valid and has not been "revoked" as Appellant's Form 1. This approved (and not revoked) Form 1 cuts straight to the meat of the issue: Have the Appellees allowed post-May 19, 1986 machineguns to be transferred to non-governmental entities? That answer is yes.

That the application was submitted prior to the May 1986 amendment to the Gun Control Act has no bearing on the ultimate approval date, as the applicant cannot make the approved machinegun until it was approved on September 5, 1986, well after the May 19, 1986 cutoff, because that machinegun would not have been lawfully owned before the approval date.

Additionally, Appellees assert no claim that the Form 1 attached to the Motion is not authentic or valid. As set forth in the Motion, Appellant respectfully requests that this Court take judicial notice of the approved Form 1.

Respectfully Submitted,

/s/ Alan Beck
Alan Alexander Beck
Counsel for Appellant

/s/ Stephen D. Stamboulieh
Stephen Dean Stamboulieh
Counsel for Appellant

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2016, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/Stephen D. Stamboulieh
Stephen@sdslaw.us
Counsel for Appellant