# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 17, 2016

TO COUNSEL LISTED BELOW:

     No. 15-10803    Jay Isaac Hollis v. Loretta Lynch, et al

Dear Counsel:

This is to advise that the oral argument of this case has been moved from Tuesday, April 5, 2016, to Wednesday, April 6, 2016.

You will receive an email in the next few days with additional calendaring information.

                              Very truly yours,  
                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Shirley M. Engelhardt  
                              Assistant Calendaring Clerk  
                              504-310-7631

Enclosure(s)

Mr. Alan Alexander Beck  
Mr. George M. Lee  
Mr. Patrick George Nemeroff  
Mr. Stephen Dean Stambouliéh  
Mr. Herbert W. Titus

cc:  
    Shirley M. Engelhardt