

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W., Rm. 7217
Washington, D.C. 20530

Tel: (202) 305-8727

February 17, 2016

By CM/ECF

Lyle W. Cayce
Clerk, United States Court of Appeals
 for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:    *Jay Aubrey Isaac Hollis v. Lynch*, 15-10803.

        In his February 8, 2016 letter to this Court, plaintiff asserts that the Fourth Circuit's recent decision in *Kolbe v. Hogan*, _ F.3d _, 2016 WL 425829 (4th Cir. Feb. 4, 2016), supports his Second Amendment challenge to federal restrictions on the private possession of machine guns. To the contrary, the Fourth Circuit in *Kolbe* recognized that "fully-automatic 'M-16 rifles and the like,' are unusual weapons that fall outside of the Second Amendment." 2016 WL 425820, at *9 (quoting *District of Columbia v. Heller*, 554 U.S. 570, 627 (2008)); *see id.* ("Machine guns are not in common use by law-abiding citizens for lawful purposes and therefore fall within the category of dangerous and unusual weapons that the government can prohibit for individual use." (quoting *United States v. Fincher*, 538 F.3d 868, 874 (Aug. 13, 2008)). Even the Fourth Circuit decision, which is subject to further review, therefore recognized that there is no Second Amendment right to possess a machine gun, the same conclusion reached by every other court of appeals to consider the issue. *See* Gov't Br. 15-16.

        Sincerely,

        *s/ Patrick G. Nemeroff*

        PATRICK G. NEMEROFF
        U.S. Department of Justice
        Appellate Staff, Civil Division

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2016, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Patrick G. Nemeroff*
PATRICK G. NEMEROFF