IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-10803
_____

JAY AUBREY ISAAC HOLLIS, Individually and as Trustee of the Jay Aubrey Isaac Hollis Revocable Living Trust,

    Plaintiff - Appellant

v.

LORETTA E. LYNCH, Attorney General of the United States; THOMAS E. BRANDON, Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas
_____

O R D E R:

IT IS ORDERED that appellant's motion for judicial notice is CARRIED WITH THE CASE.

    /s/ Lyle W. Cayce
    LYLE W. CAYCE
    CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT