# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 24, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-10803   Jay Isaac Hollis v. Loretta Lynch, et al
                 USDC No. 3:14-CV-3872

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Mr. Alan Alexander Beck
Mr. George M. Lee
Mr. Patrick George Nemeroff
Mr. Stephen Dean Stambouliieh
Mr. Herbert W. Titus