# Stamboulieh Law, PLLC

P.O. Box 4008, Madison, MS 39130 | (601) 852-3440 | stephen@sdslaw.us

March 8, 2016

Mr. Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

> **Re:** JAY AUBREY ISAAC HOLLIS v. LORETTA E. LYNCH, et al.; No. 15-10803; Citation of Supplemental Authorities pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure

Dear Mr. Cayce:

Mr. Hollis submits this supplemental letter under Fed. R. App. P. 28(j) and 5th Cir. R. 28.4 regarding additional new authority.

In a written response to a Freedom of Information Act request to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("BATFE"), the BATFE released current numbers for lawfully registered, pre-May 19, 1986 machineguns registered in the National Firearms Registration and Transfer Record ("NFRTR").[1] These machineguns can be lawfully owned by non-governmental entities. The numbers disclosed by the BATFE are as follows:

| | |
|---|---|
| Restricted 922(o) | 297,667 |
| Sales Samples | 17,020 |
| Pre-May 19, 1986 | 175,977 |

This number further bolsters Mr. Hollis' argument that there are many thousands of machineguns possessed by private individuals. *See* Appellant's Opening Brief at p. 5. As the number of pre-May 19, 1986 machineguns have (allegedly) been frozen since 922(o) was enacted, this further demonstrates Mr. Hollis' argument, and prior BATFE Director Stephen E. Higgins' testimony, about registered machineguns not being a "law enforcement problem." *Id.* at pp. 41-42.

This new information further evidences that between Director Higgins' testimony in 1984 and the ban two years later, 91,351 machineguns were placed on the

---
[1] Attached hereto.

NFRTR that are legal to own by non-governmental entities. *Id.* at p. 42. The Restricted 922(o) firearms are machineguns made by a Special Occupational Taxpayer ("SOT") after May 19, 1986, and are restricted to licensees, police departments or other governmental entities.[2] This does not typically include machineguns possessed by the federal government. Sales Samples are machineguns imported between 1968 and pre-May 19, 1986 used by SOTs for demonstration and can be kept by the SOT after it turns in its license.

Additionally, Mr. Hollis requested discovery on this very issue in the district court and was denied. This new information provides 297,667 opportunities to demonstrate some of these machineguns are in the hands of private individuals approved by the BATFE. *Id.* at pp. 49-52. This is directly relevant to ROA.433 and the Stemple machineguns the BATFE allowed to be possessed by non-governmental entities.

                                                     Yours very truly,

                                                     /s/ Stephen D. Stamboulieh
                                                     Stephen D. Stamboulieh

cc: All counsel of record (by the Court's electronic filing system)

---

[2] *See* Appellant's Opening Brief, pp. 51-52 and ROA.433.