IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 15-10803

D.C. Docket No. 3:14-CV-3872

United States Court of Appeals
Fifth Circuit
**FILED**
June 30, 2016
Lyle W. Cayce
Clerk

JAY AUBREY ISAAC HOLLIS, Individually and as Trustee of the Jay Aubrey Isaac Hollis Revocable Living Trust,

 Plaintiff - Appellant

v.

LORETTA E. LYNCH, Attorney General of the United States; THOMAS E. BRANDON, Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,

 Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before KING, SOUTHWICK, and HAYNES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.