# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 01, 2016

Mr. Stephen Dean Stamboulieh
Stamboulieh Law, P.L.L.C.
P.O. Box 4008
Madison, MS 39130

    No. 15-10803   Jay Isaac Hollis v. Loretta Lynch, et al
                         USDC No. 3:14-CV-3872

Dear Mr. Stamboulieh,

We have reviewed your electronically filed Petition for Rehearing En Banc and it is sufficient.

You must submit the 20 paper copies of your rehearing en banc required by 5TH CIR. R. 35.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.


                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Nancy F. Dolly, Deputy Clerk
                       504-310-7683

cc:
   Mr. Alan Alexander Beck
   Mr. George M. Lee
   Mr. Patrick George Nemeroff
   Mr. Herbert W. Titus