# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 16, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-10803   Jay Isaac Hollis v. Loretta Lynch, et al
                  USDC No. 3:14-CV-3872

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Mr. Alan Alexander Beck
Mr. George M. Lee
Mr. Patrick George Nemeroff
Mr. Stephen Dean Stamboulieh
Mr. Herbert W. Titus